**Marcus MONTAGUE, Respondent,**

v.

**DIRECTOR OF REVENUE, STATE OF MISSOURI, Appellant.**

**No. ED 80152.**

Missouri Court of Appeals,
Eastern District,
Division Two.

June 25, 2002.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa M. Sutherland, Asst. Atty. Gen., Jefferson City, for Appellant.

Casey J. Welch, Hannibal, for Respondent.

Before GEORGE W. DRAPER III, P.J., MARY R. RUSSELL, J., and MARY K. HOFF, J.

### ORDER

PER CURIAM.

The Director of Revenue (hereinafter, "Director") appeals the trial court's judgment in setting aside the one year denial of Marcus Montague's (hereinafter, "Driver") driving privileges. Director claims the trial court erred in setting aside the denial because Driver failed to present sufficient evidence to rebut Director's prima facie case that Driver's blood alcohol content was at least .02% while he was driving.

We have reviewed the briefs of the parties, the legal file, and the transcript and find the trial court's decision was supported by substantial evidence on the record. *Meyer v. Director of Revenue*, 34 S.W.3d 230 (Mo.App. E.D.2000). An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).